IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL SPRUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-067 |
| | ) | |
| JACOB BEASLEY, Deputy Warden; OTIS STANTON; LT ASHLEY; and SRG. RYALS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. no. 6.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's Eighth Amendment claims for conditions of confinement, and cruel and unusual punishment without prejudice for failure to state a claim upon which relief may be granted and **DISMISSES** Defendant LT Ashley from this case. The case shall proceed against Defendants as described in the Magistrate Judge's December 16, 2020 Order. (See doc. no. 8.)

SO ORDERED this 12th day of January, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE