IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL SPRUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-067 |
| | ) | |
| JACOB BEASLEY, Deputy Warden; OTIS STANTON; and SRG. RYALS, | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** Defendants' motion to dismiss, (doc. no. 13). However, since Defendants filed a second pre-answer motion to dismiss, (doc. no. 20), the Court **EXTENDS** the stay of discovery and deadline to answer the complaint pending final resolution of Defendants' second motion to dismiss.

SO ORDERED this 21st day of May, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE