IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL SPRUILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-067 |
| | ) | |
| JACOB BEASLEY, Deputy Warden; OTIS STANTON; and SRG. RYALS, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS IN PART** and **DENIES IN PART** Defendants' second motion to dismiss, (doc. no. 20), and **DISMISSES** Plaintiff's claims for denial of due process regarding his initial placement in Administrative Segregation for failure to exhaust administrative remedies. The case shall proceed as to Plaintiff's claim for denial of due process regarding his placement in Tier II segregation. The Court **DIRECTS** Defendants to file their answer to the complaint within seven days of this Order, at which time the Clerk will enter a Scheduling Notice and the stay of discovery will be lifted.

SO ORDERED this 18th day of August, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE