AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL SPRUILL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-067

v.

JACOB BEASLEY, Deputy Warden; OTIS STANTON; and SRG. RYALS,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 29, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' motion for summary judgment is granted, therefore, final judgment is entered in favor of the Defendants, and this civil action stands closed.



August 29, 2022
Date

John E. Triplett, Clerk of Court
Clerk

*Candy Ashbell*
(By) Deputy Clerk

GAS Rev 10/2020